## Commonwealth v. One Dodge Coupé.

*Prohibition enforcement—Condemned vehicle—Rights of owner under bailment lease—Act of March 27, 1923.*

Under the Prohibition Enforcement Act of March 27, 1923, P. L. 34, the owner of an automobile condemned for use in the illegal transportation of intoxicating liquor while in the possession of a bailee under a bailment contract, is relegated to the fund realized by the sheriff from the sale in condemnation proceedings; he cannot recover the automobile, even though the sale fails to produce the amount of money due him under his contract.

Petition for forfeiture and condemnation of an automobile. Q. S. Phila. Co., Sept. Sess., 1924, No. 240.

*Charles Edwin Fox,* Assistant District Attorney, for petition.

*I. Emanuel Sauder,* for claimant.

FERGUSON, J., Nov. 6, 1924.—This is a petition for forfeiture and condemnation of an automobile under the provisions of the Act of March 27, 1923, P. L. 34. No question is raised as to the illegal transportation of liquor, but the owner, an automobile finance company, which had leased the automobile under a bailment contract, contends that the automobile at the present time will not realize at public sale as much money as the balance remaining due on the contract. It offered evidence to that effect. It contends that the automobile should not be sold, but should be returned to the bailor. We cannot consider values in condemnation proceedings. The automobile is contraband. The statute does not contemplate its return to the owner under any circumstances. It must be sold. The rights of one in the position of the lessor are limited. He is relegated to the fund realized by the sheriff.